**EXHIBIT 1:** INFRINGEMENT #1

URL: https://www.facebook.com/watch/?v=10155626603089176

