UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WATSON MUSIC GROUP, LLC. D/B/A QUADRASOUND MUSIC, | ) ) ) ) |
| Plaintiff, | ) Case No.: 1:23-cv-01133-WCG ) |
| v. | ) ) ) |
| TIMBER RATTLERS GIVE BACK, INC. D/B/A WISCONSIN TIMBER RATTLERS, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

THIS CAUSE came before the Court on the parties' Stipulation of Dismissal, (ECF No. 12), which states the parties are voluntarily dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. This action is dismissed with prejudice with each party to bear its respective attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Green Bay, Wisconsin, this 3rd day of January, 2024.

    s/ William C. Griesbach
    WILLIAM C. GRIESBACH
    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record